IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| HOWARD WALSH, | § | |
| | § | |
| Defendant Below, | § | No. 1, 2017 |
| Appellant, | § | |
| | § | Court Below:  Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID. No. 14110004172 (N) |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted:  May 12, 2017
Decided:  June 30, 2017

Before **STRINE**, Chief Justice; **VALIHURA** and **VAUGHN**, Justices.

# **O R D E R**

This 30th day of June 2017, after careful consideration of the parties' briefs and the record on appeal, we find it evident that the judgment below should be affirmed on the basis of the Superior Court's well-reasoned order, dated December 12, 2016, denying the appellant's motion to reduce and correct sentence.[1]  We decline to consider arguments the appellant raises for the first time on appeal.[2]

---

[1] *State v. Walsh*, 2016 WL 7191539 (Del. Super. Ct. Dec. 12, 2016).

[2] Supr. Ct. R. 8.  The appellant argues for the first time on appeal that the amendment of 11 *Del. C.* § 3901 to give Superior Court judges discretion to impose concurrent sentences under certain circumstances violates the *Ex Post Facto* Clause, 11 *Del. C.* § 1448 discriminates against people with previous violent felony convictions, Possession of a Firearm by a Person Prohibited is not a violent felony, and his consecutive sentences constitute violate the Eighth Amendment.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice